KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STEPTOE LLP
Stephen J. Newman *(pro hac vice forthcoming)*
Alice Kwak *(pro hac vice forthcoming)*
2029 Century Park East, Suite 980
Los Angeles, California 90067
Telephone: (213) 439-9400
Email: snewman@steptoe.com
Email: akwak@steptoe.com

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY RADKOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; AMERICAN EXPRESS, INC.; and CLARK COUNTY CREDIT UNION,<br><br>Defendants. | Case No. 2:24-cv-02283-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br><br>**(FIRST REQUEST)** |

Plaintiff Kelly Radkowski and American Express National Bank, erroneously sued as American Express, Inc. ("American Express"), stipulate that

the deadline for American Express to respond to the complaint (ECF No. 1) be extended for 30 days from January 8, 2025 until February 7, 2025.

This is the first extension sought in connection with this deadline and is requested to permit the parties time to investigate the allegations and assess the possibility of settlement.

| FREEDOM LAW FIRM, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ George Haines | |
| George Haines, No. 9411 | Robert McCoy, No. 9121 |
| Gerardo Avalos, No. 15171 | Sihomara L. Graves, No. 13239 |
| 8985 S. Eastern Avenue, Suite 100 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff | STEPTOE LLP |
| Kelly Radkowski | Stephen J. Newman *(PHV forthcoming)* |
| | Alice Kwak *(PHV forthcoming)* |
| | 2029 Century Park East, Suite 980 |
| | Los Angeles, California 90067 |
| | Attorneys for Defendant American Express National Bank |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: 1-3-25