GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA STEWART, | 2:24-cv-02283-JCM-MDC |
| Plaintiff, | Case ~~No. 2:24-cv-02296-JAD-DJA~~ |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND ALLIED COLLECTION SERVICES, INC., | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| Defendants. | **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 6, 2025 through and including **February 5, 2025**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

1

2

Respectfully submitted, this 30th day of December, 2024.

3

CLARK HILL PLLC

4

By: /s/ Gia N. Marina
Gia N. Marina

5

Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500

6

Las Vegas, Nevada 89135
Telephone: (702) 862-8300

7

Facsimile: (702) 778-9709

8

Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information*

9

*Services LLC*

10

*No opposition*

By: /s/ Gerardo Avalos
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com
*Attorney for Plaintiff*

11

12

13

IT IS SO ORDERED: This

14

stipulation is denied without
prejudice. The parties filed the

15

joint motion in the wrong case.
The parties may re-file motion

16

in the correct case.

17

18

19

20

21

_____

22

United States Magistrate Judge

23

DATED: 1-3-25 _____

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

3         I hereby certify that a true and exact copy of the foregoing has been served this 30th day of

December, 2024, via CM/ECF, upon all counsel of record:

4

5

6                         By:  /s/  Nicholas DiMattei, Jr.
                        An Employee of CLARK HILL PLLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28