GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KELLY RADKOWSKI, | ) |
| Plaintiff, | ) Case No. 2:24-cv-02283-JCM-MDC |
| vs. | ) |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; AMERICAN EXPRESS, INC. AND CLARK COUNTY CREDIT UNION, | ) **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** ) **SECOND REQUEST** |
| Defendants. | ) |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 3, 2025 through and including **March 5, 2025**. The request was made by Equifax so that the parties can have

//

//

//

additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 30th day of January, 2025.

| | |
|---|---|
| CLARK HILL PLLC | <u>**No opposition**</u> |
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 South Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 862-8300<br>Facsimile:  (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>FREEDOM LAW GROUP<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: ghaines@freedomlegalteam.com<br>Email: gavalos@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED:  2-4-25

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 30th day of January, 2025, via CM/ECF, upon all counsel of record:

> By: /s/ Gia N. Marina
> Gia N. Marina
> Nevada Bar No. 15276
> 1700 South Pavilion Center Drive, Suite 500
> Las Vegas, Nevada 89135
> Telephone: (702) 862-8300
> Facsimile: (702) 778-9709
> Email: gmarina@clarkhill.com