George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Kelly Radkowski*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kelly Radkowski,<br><br>          Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; American Express, Inc. and Clark County Credit Union,<br><br>          Defendants. | Case No.: 2:24-cv-02283<br><br>**Stipulation for dismissal of Clark County Credit Union with prejudice.** |

     Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kelly Radkowski and Clark County Credit Union stipulate to dismiss Plaintiff's claims against Clark County Credit Union with prejudice.

///
///
///
///

---

STIPULATION                                               - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 6, 2025.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kelly Radkowski*

**THE BALL LAW GROUP**

/s/ *Zachary T. Ball*
Zachary T. Ball, Esq.
1935 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
*Counsel for Clark County Credit Union*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:\_\_March 10, 2024_____